IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NATIONAL ELECTRICAL BENEFIT  *
FUND,

             *

and

             *

LOCAL UNION NO. 24,
INTERNATIONAL BROTHERHOOD OF  * Civil Action No. AMD 00-2681
ELECTRICAL WORKERS, AFL-CIO,

             *

    Plaintiffs

v.             *

CLAUDE NEON SIGNS, INC.     *

    Defendant      *

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

### JUDGMENT BY DEFAULT PURSUANT TO RULE 55
### OF THE FEDERAL RULES OF CIVIL PROCEDURE

It appearing from the record in the above-entitled action that an entry of default for want of answer or other defense was made on the 20th day of October, 2000, as to Defendant Claude Neon Signs, Inc., for failure of said Defendant to plead or otherwise defend as provided by the Federal Rules of Civil Procedure; and it appearing that Defendant was properly served on with the Summons and Complaint on September 20, 2000; therefore, it is this 16th day of _____, 2000, by the United States District Court for the District of Maryland,

ORDERED AND ADJUDGED that judgment by default be entered in favor of Plaintiff National Electrical Benefit Fund against Defendant Claude Neon Signs, Inc. in the sum of $12,187.39, which total amount includes $6,804.83 in delinquent contributions owed to the NEBF for the months of May, June July,

August and September, 2000, $3,092.37 in liquidated damages for late paid and unpaid contributions for the months of October, November and December, 1999 and February, March, April, May, June, July, August and September, 2000, $749.34 in interest on late paid and unpaid contributions and $1,540.85 in attorneys' fees and costs;

If further action by Plaintiffs to enforce this judgment is necessary, Plaintiffs may apply to the court in which enforcement is sought for further reasonable attorneys' fees and costs.

It is further ORDERED AND AJUDGED that judgment by default be entered in favor of Plaintiff Local Union No. 24, International Brotherhood of Electrical Workers, AFL-CIO against Defendant Claude Neon Signs, Inc. in the sum of $6,377.31, which total amount includes $4,536.72 in unremitted union dues owed to Local 24 for the months of May, June, July, August and September, 2000, $299.75 in interest on late paid and unpaid remittances for the months of October, November and December, 1999 and February, March, April, May, June, July, August and September, 2000 and $608.21 in attorneys' fees and costs;

If further action by Plaintiffs to enforce this judgment is necessary, Plaintiffs may apply to the court in which enforcement is sought for further reasonable attorneys' fees and costs.

_____
ANDRE M. DAVIS,
United States District Judge