IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| NATIONAL ELECTRICAL BENEFIT FUND, et al., | * | |
| Plaintiffs | * | Civil Action No. AMD 00-2681 |
| v. | * | |
| CLAUDE NEON SIGNS, INC. | * | |
| Defendant | * | |
| and | * | |
| THE BANK OF GLEN BURNIE | * | |
| Garnishee | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

It appearing from the record that a Writ of Garnishment of Property Other Than Wages was issued by this Court on October 22, 2001, and that said Writ was mailed restricted delivery to Garnishee The Bank of Glen Burnie on October 23, 2001, and was received on October 24, 2001, as is shown by the Affidavit of Service on file in this action;

And it further appearing that Garnishee, The Bank of Glen Burnie answered the Writ of Garnishment of Property Other Than Wages, on October 26, 2001, confessing that Garnishee holds assets consisting of a checking account in the name of Defendant/Judgment Debtor, Claude Neon Signs, Inc., from which a balance of $6,290.52 has been set aside;

It is therefore this 6 day of Dec, 2001, by the United States District Court for the District of Maryland,



ORDERED, that Garnishee, The Bank of Glen Burnie remit the held assets in the amount of $6,290.52, to Plaintiffs/Judgment Creditors National Electrical Benefit Funds, et al.

*[signature]*
J. Frederick Motz
United States District Chief Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NATIONAL ELECTRICAL BENEFIT
FUND, et al.,

    Plaintiffs

v.

CLAUDE NEON SIGNS, INC.

    Defendant

and

THE BANK OF GLEN BURNIE

    Garnishee

Civil Action No. AMD 00-2681

FILED _____ ENTERED
_____ LODGED _____ RECEIVED

NOV 3 0 2001

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

* * * * * * * * * * * *

### AFFIDAVIT OF SERVICE

STATE OF MARYLAND  )
                          ) To Wit
COUNTY OF BALTIMORE)

Corey Smith Bott, being duly sworn, deposes and says:

1.    I, Corey Smith Bott, am an attorney with Abato, Rubenstein and Abato, P.A., and am not a party to the above-captioned action. I am over the age of 18 years, and I am competent to make this Affidavit. I have personal knowledge of the facts and matters referred to herein.

2. On October 23, 2001, I caused to be mailed, certified mail, return receipt requested, restricted delivery, a copy of the Writ of Garnishment of Property in the above-captioned action, to Kristy Elswick, The Bank of Glen Burnie, 101 Crain Highway, S.E., Glen Burnie, Maryland 21061, Garnishee. The Writ was accepted by the Garnishee on October 24, 2001, as is shown by the copy of the green return receipt attached hereto as Exhibit 1.

3. On October 25, 2001, I caused to be mailed, first class postage prepaid, a copy of the Writ of Garnishment of Property in the above-captioned action to Judgment Debtor, Claude Neon Signs, Inc., Alan F. Nethen, President, 1808 Cherry Hill Road, Baltimore, Maryland 21230-3584.

4. I solemnly affirm under the penalties of perjury that the foregoing is true and correct.

Corey Smith Bott
Bar No. 25673
Abato, Rubenstein & Abato, P.A.
809 Gleneagles Court, Suite 320
Baltimore, Maryland 21286
(410) 321-0990

## CERTIFICATION OF NOTARY PUBLIC

I hereby certify that on this 28th day of November, 2001, before the undersigned, a Notary Public of the State of Maryland, personally appeared Corey Smith Bott, who gave oath in due form of law that she has personal knowledge of and is competent to testify with regard to the facts recited within the affidavit, and that the facts and matters recited herein are true and correct to the best of her knowledge, information, and belief.

_____
Notary Public

My Commission Expires:

8-1-05

3

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly) A. Hamby | B. Date of Delivery 10/24/01 |
| | C. Signature X Angela Hamby | ☐ Agent<br>☒ Addressee |
| 1. Article Addressed to:<br>MS. KRISTY ELSWICK<br>THE BANK OF GLEN BURNIE<br>101 CRAIN HIGHWAY, SE<br>GLEN BURNIE, MD  21061 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below: | |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered    ☒ Return Receipt for Merchandise<br>☐ Insured Mail | |
| | 4. Restricted Delivery? | |
| 2. Article Number (Copy from service label)<br>7099 3400 0004 0709 5197 | | |
| PS Form 3811, July 1999    Domestic Return Receipt | | |

EXHIBIT A