```
                                              ___FILED      ___ENTERED
                                              ___LOGGED     ___
           IN THE UNITED STATES DISTRICT COURT   DEC 2 0 2001
                FOR THE DISTRICT OF MARYLAND
                                      *           AT BALTIMORE
                                              CLERK U.S. DISTRICT COURT
                                                 DISTRICT OF MARYLAND
NATIONAL ELECTRICAL BENEFIT                BY                    DEPUTY
FUND, et al.,                         *

        Plaintiffs                    *    Civil Action No. AMD 00-2681

v.                                    *

CLAUDE NEON SIGNS, INC.               *

        Defendant                     *

and                                   *

THE BANK OF GLEN BURNIE               *

        Garnishee                     *

*   *   *   *   *   *   *   *   *   *   *   *
```

### ORDER OF SATISFACTION

It appearing from the record that a Writ of Garnishment of Property Other Than Wages was issued by this Court on October 22, 2001, and that said Writ was answered by Garnishee, The Bank of Glen Burnie on October 26, 2001, as is shown by the Garnishee's Confession of Assets on file in this action;

And it further appearing that Garnishee, The Bank of Glen Burnie has remitted the held assets in the amount of $6,290.52 to Plaintiffs/Judgment Creditors, National Electrical Benefit Fund, et al.;

It is therefore this  21  day of  Dec. , 2001 , by the United States District Court for the District of Maryland,

ORDERED, that the Writ of Garnishment of Property Other Than Wages against Garnishee, The Bank of Glen Burnie, in the above captioned matter, is




satisfied, and that the garnishment is hereby dismissed.

_____
Andre M. Davis
United States District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of December, 2001, a copy of the foregoing proposed Order of Satisfaction was mailed, first class, postage prepaid to:

Kristin C. Elswick, Assistant Vice President
The Bank of Glen Burnie
P.O. Box 70
Glen Burnie, Maryland 21060-0070

and

Alan F. Nethen
Claude Neon Signs, Inc.
1808 Cherry Hill Road
Baltimore, Maryland 21230-3584

_____
Corey Smith Bott

2